# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## PARKERSBURG DIVISION

JEFFREY MULINEX,

            Plaintiff,

v.                                                  CIVIL ACTION NO.  6:09-cv-00772

MICHAEL J. ASTRUE
Commissioner of Social Security,

            Defendant.

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff Jeffrey Mulinex's Complaint [Docket 2]. By Standing Order entered August 1, 2006, and filed in this case on July 6, 2009 this action was referred to United States Magistrate Judge Mary E. Stanley for submission of proposed findings and a recommendation (PF&R). Magistrate Judge Stanley filed her PF&R [Docket 13] on May 25, 2010, recommending that this Court affirm the final decision of the Commissioner, dismiss Plaintiff's Complaint, and remove this matter from the Court's docket.

The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir.1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court


to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections to the PF&R in this case were due on June 11, 2010. To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R [Docket 13], **AFFIRMS** the final decision of the Commissioner, **DISMISSES** Plaintiff's Complaint, and **DISMISSES** this case from the docket. A separate Judgment Order will enter this day implementing the rulings contained herein.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 25, 2010

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE